**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:23CR80** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **LANISHA HUGHES,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

     This matter is before the court on the defendant's unopposed Motion to Continue Trial [33].  For the reasons set forth in the motion and for good cause shown, the motion to continue is granted.  Accordingly,

     **IT IS ORDERED** that the Unopposed Motion to Continue Trial [33] is granted, as follows:

1.  The jury trial, now set for January 23, 2024, is continued to **March 26, 2024.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 26, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.  **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:  January 4, 2024**

                             **BY THE COURT:**

                             **s/ Michael D. Nelson**
                             **United States Magistrate Judge**